SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 JUN 20 PM 12: 41

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18CR173 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2252(a)(2) |
| CHAD M. PEDERSEN, | 18 U.S.C. § 2252(a)(2) & (b) |
| Defendant. | 18 U.S.C. §2252(a)(4)(B) & (b) |

The Grand Jury charges that

## COUNT I

From on or about July 2014 and continuing through on or about November 2014, in the District of Nebraska and elsewhere, CHAD M. PEDERSEN, the defendant, did knowingly receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about October 16, 2016, in the District of Nebraska, defendant CHAD M. PEDERSEN, did knowingly attempt to receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT III

From on or about November 2016 to on or about October 2017, in the District of Nebraska, defendant CHAD M. PEDERSEN, did knowingly receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT IV

On or about November 7, 2017, in the District of Nebraska, defendant CHAD M. PEDERSEN, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years old, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(1).

A TRUE BILL.


FOREPERSON

2

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: MICHAEL P. NORRIS (#17765)
Assistant U.S. Attorney